## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KIMBERLY KYLE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO 19-00616-TFM-B |
| | * |
| **CR BARD, INC.,** *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

This action is set for a status conference before the undersigned Magistrate Judge, via telephone, on **February 18, 2020** at **1:00 p.m. (CST)**. The Clerk will provide call-in instructions.

**DONE** this **4th** day of **February, 2020**.

                                          **/s/ SONJA F. BIVINS**
                                **UNITED STATES MAGISTRATE JUDGE**